UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUIZHEN YANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMILIA M. BARDINI,<br><br>　　　　Defendant. | Case No. 24-cv-05391-HSG<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**<br><br>**RE: DKT. NO. 1** |

Plaintiff Huizhen Yang, representing herself, filed this action on August 19, 2024. *See* Dkt. No. 1. In reviewing the docket, however, Plaintiff does not appear to have served Defendant Emilia Bardini, Director of the United States Citizenship and Immigration Services' San Francisco Asylum Office. A plaintiff must serve each defendant with a summons and complaint within ninety days of filing the complaint. *See* Fed. R. Civ. P. 4(m). To do so, the plaintiff must serve the proper entity in the proper way. Federal Rule of Civil Procedure 4(i) explains how to serve the United States. *See* Fed. R. Civ. P. 4(i)(1)(A)–(C).

Here, there is nothing on the docket to indicate that Defendant was properly served. Accordingly, Plaintiff is **DIRECTED to SHOW CAUS**E why this case should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) for failure to complete service. Plaintiff shall file a statement of two pages or less by March 4, 2025. If Plaintiff fails to show cause by this deadline, the case will be dismissed without prejudice under Rule 4(m).

**IT IS SO ORDERED.**

Dated:   2/18/2025

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge