UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUIZHEN YANG,<br><br>          Plaintiff,<br><br>   v.<br><br>EMILIA M. BARDINI,<br><br>          Defendant. | Case No. 24-cv-05391-HSG<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 4 |

Plaintiff Huizhen Yang failed to respond to an order to show cause concerning service in this matter. The Court **DISMISSES** the case **WITHOUT PREJUDICE** for failure to complete service.

Plaintiff Huizhen Yang, representing herself, filed this action on August 19, 2024. *See* Dkt. No. 1. In reviewing the docket, however, Plaintiff does not appear to have served Defendant Emilia Bardini, Director of the United States Citizenship and Immigration Services' San Francisco Asylum Office. On February 18, 2025, the Court directed Plaintiff to show cause why this case should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) for failure to complete service. *See* Dkt. No. 4. Plaintiff did not respond to the Court's order to show cause.

A plaintiff must serve each defendant with a summons and complaint within ninety days of filing the complaint. *See* Fed. R. Civ. P. 4(m). To do so, the plaintiff must serve the proper entity in the proper way. Federal Rule of Civil Procedure 4(i) explains how to serve the United States. *See* Fed. R. Civ. P. 4(i)(1)(A)–(C). "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

1   Plaintiff has not served Defendant and has not responded to the Court's order to show
2   cause. In that order, the Court warned Plaintiff that failure to show cause would result in dismissal
3   without prejudice under Rule 4(m). *See* Dkt. No. 4. Accordingly, the Court **DISMISSES** the case
4   **WITHOUT PREJUDICE** for failure to complete service.

**IT IS SO ORDERED.**

Dated: 3/17/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge